People v Ward (2025 NY Slip Op 05447)

People v Ward

2025 NY Slip Op 05447

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025

PRESENT: WHALEN, P.J., LINDLEY, CURRAN, BANNISTER, AND MONTOUR, JJ. (Filed Oct. 3, 2025.)

KA 23-00823, KA 23-00932, KA 23-00933, KA 23-00934, AND KA 23-00935

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
CASSIDY WARD, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER Motion to dismiss appeals granted. Matters remitted to Seneca County Court to vacate judgments of conviction and dismiss indictments (see People v Matteson , 75 NY2d 745, 747 [1989]).